# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

**ANTON KARABA,**

        **Plaintiff,**

-vs-                                Case No. 2:06-cv-43-FtM-99DNF

**MBI TOURS,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

On January 19, 2006, the Plaintiff filed a one-page Complaint stating that he believed he was discriminated against based upon his national origin. (See, Doc. 1). On May 11, 2006, the Honorable Virginia M. Hernandez Covington, United States District Judge entered an Order (Doc. 2) requiring the Plaintiff to pay the filing fee or seek *in forma pauperis* status. Judge Covington warned that the Plaintiff's Complaint would be dismissed if he failed to comply with her Order.

On May 24, 2006, the Plaintiff filed an Application for Waiver of Filing Fee (Doc. 3) which was not adequate for the Court to determine if Mr. Karaba was indigent, and consequently, this Court entered an Order (Doc. 4) on June 19, 2006, denying Mr. Karaba's request that the filing fee be waived. This Court directed the Clerk to send Mr. Karaba an affidavit of indigency, and required Mr. Karaba to complete the affidavit of indigency within fifteen (15) days from the date of the Order. Mr. Karaba failed to respond to this Court's Order, has not paid his filing fee, and has not properly applied to proceed *in forma pauperis*.

It is respectfully recommended that this action be dismissed for failure of the Plaintiff to pay the filing fee, and for failure to comply with this Court's Order (Doc. 4) requiring the Plaintiff to complete the proper forms to proceed *in forma pauperis*.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Chambers in Ft. Myers, Florida this  25th   day of July, 2006.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies:

All Parties of Record