```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                       FORT MYERS DIVISION
```

ANTON KARABA,

                Plaintiff,

vs.                                Case No. 2:06-cv-43-FtM-99DNF

MBI TOURSE,

                Defendant.

_____

## OPINION AND ORDER

    This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #5), filed July 25, 2006, recommending that the case be dismissed for failure to pay the filing fee or otherwise seek *in forma pauperis* status. On August 8, 2006, the Court construed plaintiff's Answer for Report and Recommendation as an objection and allowed plaintiff additional time to comply. Plaintiff was on notice that the failure to pay the filing fee or submit the proper forms to proceed *in forma pauperis* on or before August 28, 2006, would result in the adoption of the Report and Recommendation. Plaintiff has not complied and the deadline has now passed.

    After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court will accept the Report and Recommendation of the magistrate judge and dismiss the case.

    Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #5) is hereby **accepted** and the case is dismissed for failure to pay the filing fee or otherwise submit forms to proceed *in forma pauperis*.

2. The Clerk shall enter judgment accordingly, terminate all pending matters, and close the case.

**DONE AND ORDERED** at Fort Myers, Florida, this __29th__ day of August, 2006.

_____
JOHN E. STEELE
United States District Judge


Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Unrepresented parties
DCCD